OLIVER D. WELLS, Appellant, v. KEN, INC., a Delaware Corporation, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY KRAKAUER, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CONSOLIDATED BIOLOGICAL PRODUCTS, INC., Relator, Respondent, v. WILLIAM STANLEY MILLER and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants.— Final order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

HUGH F. CURRY, Doing Business under the Firm Name and Style of HUGH F. CURRY COMPANY, Respondent, v. GIDEON-ANDERSON LUMBER COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

BARBARA MOLNAR, Respondent, v. ALEXANDER'S DEPARTMENT STORES, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

MARTHA KISTNER and CLARA KISTNER, Respondents, v. DAVID FORMAN, Appellant, Impleaded with Others, Defendants.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion granted, with leave to the plaintiffs to serve an amended complaint within twenty days after service of order on payment of said costs. (See *Gerdes* v. *Reynolds*, 281 N. Y. 180, and *Davis* v. *Cohen*, 260 App. Div. 624.) Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

VITO DAMBROSIO, Respondent, v. NIAGARA CAB COMPANY, INC., and GUISEPPE DI PIERRO, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

JOHN IRVING CONROY, Respondent, v. CLARK T. CHAMBERS, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

ARTHUR ZAIDENBERG, Respondent, v. ILLUSTRATED EDITIONS Co., INC., Appellant.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

EDYTHE JOHNSTONE, Respondent, v. WILLIAM B. HEROY, Appellant.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

In the Matter of the Application of WILLIAM J. GRIFFIN, Petitioner, for an Order of Certiorari against LEWIS J. VALENTINE, as Police Commissioner of the Police Department of the City of New York, Respondent.— Order of certiorari unanimously dismissed and determination of the respondent confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of Police Officer ROBERT DITMARS, Respondent, v. HARRY KATZ, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.